IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SEAN DARRINGTON, | : | |
| Petitioner | : | |
| | : | Civil No. 3:02-cv-0007 |
| v. | : | |
| | : | (Judge Nealon) |
| PA DEPT. OF CORRECTIONS, | : | |
| Respondent | : | (Magistrate Judge Blewitt) |
| | : | |

## ORDER

**NOW,** this 14th day of February, 2013, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Magistrate Judge's Report and Recommendation (Doc. 24) is **ADOPTED**.

2. Petitioner objections (Doc. 26) are **OVERRULED**.

3. The motion for reconsideration (Doc. 23) is **DENIED**.

United States District Judge

FILED
SCRANTON

FEB 14 2013

PER _____
DEPUTY CLERK